# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-mj-153-CWH |
| Plaintiff, | |
| vs. | **ORDER RESCHEDULING HEARING** |
| Edwin Garcia, | |
| Defendant. | |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, February 12, 2013, is rescheduled to **Tuesday, February 5, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge